# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:05-cv-00248

| | |
|---|---|
| SAMUEL L. WATTS, </br></br> Plaintiff, </br></br> v. </br></br> THE SALVATION ARMY and WARD MATTHEWS, </br></br> Defendants. | ORDER SETTING HEARING ON DISPOSITIVE MOTIONS, PRETRIAL CONFERENCE, AND TRIAL DATE |

THIS MATTER is before the Court, *sua sponte*, as to several scheduling matters in this case. Pursuant to the latest scheduling orders issued in this matter (Docs. Nos. 20, 22), to which all parties consented, discovery in this case closed on December 5, 2006, and the dispositive motions deadline expired on January 22, 2007. On January 22, 2007, Defendants filed a motion for summary judgment, and all responses and replies have been submitted to the Court. No other dispositive motions were filed. Accordingly, the Court hereby places the parties on notice and instructs the Clerk to set the following on the Court's calendars:

1. Hearing on Defendants' Motion for Summary Judgment (Doc. No. 23), which is to be set for hearing on June 21, 2007, at 2:00 p.m.,
2. Pretrial conference,[1] which is to be set on July 16, 2007, at 9:00 a.m.; and
3. Trial, which is to commence with jury selection on or about July 23, 2007, with opening statements to begin immediately thereafter.

To the Court's knowledge, no attorney of record in this matter has requested secure leave for the above-referenced dates. Further, this case has been pending before this Court for almost *two*

---

[1] Immediately following entry of an order ruling on the dispositive motions, the Court will enter a pretrial order setting forth specific requirements to guide the parties and counsel in preparing for the pretrial conference.

*years* and is ripe for resolution. Therefore, these dates are firm and shall not be continued or extended absent extenuating circumstances.

IT IS SO ORDERED.

Signed: April 13, 2007

Frank D. Whitney
United States District Judge